UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIZ RAZO ALVARADO and HORTENCIA ALVARADO, individually, jointly and dba ALVARADO & CORONA'S DEN, <br><br> Defendants. | 1:04-cv-06664-AWI-SMS <br><br> **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 25) <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT** (Doc. 19) |

Plaintiff is proceeding with an action for statutory damages for a violation of the Communications Act of 1934, 47 U.S.C. §§ 553 and 605. Pending before the Court is Plaintiff's application for default judgment against Defendants Jose Luiz Alvarado and Hortencia Alvarado, individually and doing business as Alvarado & Corona's Den.

On May 11, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within thirty (30) days from the date of service of that order. To date, the

1

parties have not filed objections to the Magistrate Judge's Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed May 11, 2007, are ADOPTED IN FULL;

2. Plaintiff's application for default judgment against Defendants Jose Luiz Razo Alvarado and Hortencia Alvarado is GRANTED;

3. Judgment against Defendants Jose Luiz Razo Alvarado and Hortencia Alvarado, individually and doing business as Alvarado & Corona's Den, in the combined amount of $2,500.00 statutory damages be ENTERED, and the motion is otherwise DENIED;

4. The request for attorney fees and costs is DENIED; and,

5. Defendants Jose Luiz Razo Alvarado and Hortensia Alvarado be served with a courtesy copy of same as follows:

>     Jose Luiz Razo Alvarado
>     Hortensia Alvarado
>     P.O. Box 601
>     Biola, CA 93606

IT IS SO ORDERED.

**Dated:   July 6, 2007**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2