**FILED**

July 10, 2007

Clerk, U. S. District Court
Eastern District of California

By____R. Carter-Ford____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., | |
| Plaintiff, | **DEFAULT JUDGMENT** |
| vs. | **1:04-CV-6664 AWI SMS** |
| JOSE LUIS RAZO ALVARADO and HORTENCIA ALVARADO, individually, jointly and dba ALVARADO & CORONA'S DEN, | |
| Defendant. | |

DEFAULT JUDGMENT IS HEREBY ENTERED in favor of the Plaintiff Garden City Boxing Club and against the Defendants Jose Luiz Razo Alvarado and Hortencia Alvarado, individually and dba as Alvarado & Corona's Den in the amount of $ 2,500.00.

Date: July 10, 2007

VICTORIA C. MINOR, Clerk

/s/ R. Carter-Ford
By:  R. Carter-Ford,
     Deputy Clerk

dfltjgm